[No. 52162-4-I. Division One. November 1, 2004.]

RON PRICHARD, ET AL., *Respondents*, v. INDEX INDUSTRIES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-03809-3, Ronald L. Castleberry, J., entered February 20, April 9, and May 8, 2003, and May 30, 2004. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Appelwick, JJ.

[No. 52319-8-I. Division One. November 1, 2004.]

BANNER BANK, *Respondent*, v. METROPHONE TELECOMMUNICATIONS, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-31816-9, Mary Yu, J., entered April 25, 2003. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington, A.C.J., and Grosse, J.

[No. 52378-3-I. Division One. November 1, 2004.]

JOHN O'NEILL, ET AL., *Appellants*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-25874-3, Laura Gene Middaugh, J., entered April 25, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Appelwick, J., concurred in by Ellington, A.C.J., and Baker, J. Now published at 124 Wn. App. 516.

[No. 52585-9-I. Division One. November 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LEROY COOK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07723-1, Anthony P. Wartnik, J., entered June 10, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Cox, C.J., and Coleman, J.